HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST ADMINISTRATORS, INC.,

    Plaintiff,

    v.

M & M BUILDERS SUPPLY, INC.,

    Defendant.

CASE NO. C12-2057RAJ

ORDER

    This matter comes before the court on Plaintiff's motion to amend its complaint. Defendant has never appeared in this action, and the court entered its default on January 25, 2013. Dkt. # 6. Now Plaintiff reveals that its complaint targeted the wrong time period, and it would like to amend the complaint.

    Because an amended complaint completely replaces its predecessor, the court cannot grant Plaintiff's motion to amend without vacating the entry of default. The court accordingly directs the clerk to VACATE the January 25 entry of default. The court GRANTS Plaintiff's motion to amend (Dkt. # 8), and directs Plaintiff to file its amended complaint within 7 days of this order.

    DATED this 2nd day of April, 2013.

*(signature)*

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 1